| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | MICHAEL M. BECKWITH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:08-MJ-00016-DMC |
| Plaintiff, | ORDER |
| v. | |
| ROMULO JOSE CASTANEDA-RODRIGUEZ, | |
| Defendant. | |

Pursuant to Rule 48 (a), and in the interest of justice, the Court grants the government's motion to dismiss the complaint in this case. *See* Fed. R. Crim. P. 48 (a).  The complaint is dismissed without prejudice.

Dated:  August 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

1